# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK                                    CASE #:    07CV 10668

MAMBA GOUMBALA, ON HIS OWN BEHALF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

                                                            Plaintiff(s)/Petitioner(s)
                              against

DOYLE & BROUMAND, LLP

                                                            Defendant(s)/Respondent(s)

State of NY
County of Albany    SS

Kerry Gunner    being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on  11/30/07    at   2:30 PM
at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

upon:    **DOYLE & BROUMAND, LLP**

defendant/respondent in this action by delivering and leaving with  Carol Vogt authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**121-1505 of the Limited Liability Partnership Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | dark | 48-52 | 5'3" | 110 | |

Sworn to before me on:  12/3/2007

_____                                  _____
Notary Public                                                Kerry Gunner

                                                             Lightning Legal Services, LLC
                                                             P.O. Box 9132
Claudia M. Murphy           Kerry Gunner              Jessica DeVoe        Albany, NY  12209
Notary Public, State of NY  Notary Public, State of NY Notary Public, State of NY
No 01MU5016071              No 01GU5038710            No 01DE6042657              101984
Qualified in Albany County  Qualified in Albany County Qualified in Albany County
Commission expires 8/2/05   Commission expires 2/6/2013 Commission Expires 5/30/10