```
                                          ┌──────────────────────────────┐
                                          │ USDC SDNY                    │
                                          │ DOCUMENT                     │
UNITED STATES DISTRICT COURT              │ ELECTRONICALLY FILED         │
SOUTHERN DISTRICT OF NEW YORK             │ DOC #: _____         │
-----------------------------------x      │ DATE FILED: 2/15/08          │
MAMBA GOUMBALA,                   :       └──────────────────────────────┘
                                 :
              Plaintiff,         :
                                 :          07 Civ. 10668 (GEL)
        -v-                      :
                                 :        **SCHEDULING ORDER**
DOYLE & BROUMAND, LLP            :
                                 :
              Defendant.         :
-----------------------------------x
```

The parties having met in conference with the Court on February 11, 2008, it is hereby ORDERED that:

1. Defendant's amended motion to dismiss, if any, shall be submitted by February 19, 2008.

2. Plaintiff's opposition to any such motion shall be submitted by March 10, 2008.

3. Defendant's reply shall be submitted by March 17, 2008.


SO ORDERED:

Dated: New York, New York
       February 13, 2008

                                        _____
                                        GERARD E. LYNCH
                                        United States District Judge