UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
MAMBA GOUMBALA,                              :
:
                 Plaintiff,               :
:      07 Civ. 10668 (GEL)
   -against-                                :
:      **ORDER**
DOYLE & BROUMAND, LLP,                       :
:
                 Defendant.              :
:
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

       Plaintiff, having filed this action electronically and in accordance with this Court's Procedures For Electronic Case Filing, and defendant Doyle & Broumand, LLP, having advised the Court that it intends to proceed *pro se*, it is hereby ORDERED that this matter is exempt from the electronic case filing system. All filings by both parties shall be made in the traditional manner according to the rules of this Court.

SO ORDERED.

Dated: New York, New York
       February 21, 2008

                                                      GERARD E. LYNCH
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08