UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MAMBA GOUMBALA,

        Plaintiff,

-against-

DOYLE & BROUMDND, LLP

        Defendant.
----------------------------------------------------------x

NOTICE OF DISCONTINUANCE

CV 1:07 10668 (GEL) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the above-captioned action is hereby dismissed and discontinued with prejudice and without costs to any party. The settlement shall in no way be deemed an admission of any wrongdoing or violation of any statutes, rules or regulations relative the FDCPA by defendants.

Dated: February 15, 2008
       Uniondale, New York

_____
Abraham Kleinman (AK-6300)
KLEINMAN LLC
Attorney for the Plaintiff
626 RexCorp Plaza
Uniondale, New York 11556-0626

Telephone (516) 522-2621
Facsimile (888) 522-1692

_____
Michael B. Doyle (MBD-5803)
DOYLE & BROUMAND, LLP
3152 Albany Crescent, Fl 2
Bronx, New York 10463

Telephone (718) 796-2210

SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.

2/29/08